

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Susan J. Boyer,

Vs. No. 11-21-00252-CV

Springleaf Financial Services, Inc.,

\* From the 35th District Court
 of Brown County,
 Trial Court No. CV1704122

\* January 27, 2022

\* Per Curiam Memorandum Opinion
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.